## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:**     **LOUIS DARRELL BLYDEN,** | : | Case No. 15-58255 |
| | : | |
| | : | Chapter 13 |
| | : | |
| Debtor. | : | Judge C. Kathryn Preston |

### NOTICE OF CHANGE OF ADDRESS OF DEBTOR

     Now comes Debtor LOUIS DARRELL BLYDEN, by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtor:

LOUIS DARRELL BLYDEN
226-04 114 Road
Cambria Heights, NY 11411

Respectfully submitted,

Dated: 16 August 2017

*/s/ Mark Albert Herder*

Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.:   614.444.5290
Fax:   614.444.4446
markalbertherder@yahoo.com